CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
February 11, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
      DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **JEFFERY D. COMPTON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:24CV00259 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **ADDICTION COUNSELOR, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

*Jeffery D. Compton, Pro Se Plaintiff; Taylor D. Brewer and Sophia M. Miller, MORAN REEVES CONN, Richmond, Virginia, for Defendants Large and Boyd (previously identified as Shawndales).*

The plaintiff, proceeding pro se, has filed an Amended Complaint under 42 U.S.C. §1983 in this civil action against local jail medical staff. Liberally construed, his submission alleges that the defendants tapered him off his prescription for Suboxone, causing withdrawal symptoms. Based on review of the recent record, I conclude that this action must be dismissed without prejudice.

After receiving Compton's initial § 1983 Complaint, the court issued Orders that required him to provide certain financial information and then to return an executed consent form agreeing to pay the filing costs for this case through installments from his inmate trust account, pursuant to 28 U.S.C. § 1915(b). Those Orders warned him that failure to notify the court immediately of any change in his mailing address would result in dismissal of the case without prejudice.

After Compton filed his Amended Complaint, the Clerk served the case on the named defendants.  The Clerk mailed Compton a copy of that Order to the address Compton had provided, but that mailing was returned to the Court as undeliverable to Compton at that address.*  Compton has not notified the Court of any change in his address.  It is self-evident that the Court must have a reliable address by which to communicate with the plaintiff about the case.  Accordingly, I will dismiss this action and the defendants' pending motion without prejudice.

An appropriate Final Order will issue herewith.

ENTER: February 11, 2025

/s/  JAMES P. JONES
Senior United States District Judge

---

* The returned envelope bears a sticker stating "RETURN TO SENDER REFUSED UNABLE TO FORWARD."  ECF No. 13.